UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VALPAK DIRECT MARKETING SYSTEMS, INC.**

 Plaintiff,

v.             Case No.: 8:08-CV-1841-T-17EAJ

**TRIPLE O PARTNERS, INC., et al.,**

 Defendants.
_____/

## ORDER

 Before the court are the **Motions for Admission Pro Hac Vice** filed by Defendants on behalf of Matthew Brozik, Esq. and Michael Einbinder, Esq. (Dkts. 24, 25). Defendants request that this court permit Mr. Brozik and Mr. Einbinder, both of the law firm Einbinder & Dunn, LLP, to appear pro hac vice, with Dennis Leone, Esq. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla. Defendants assert that Mr. Brozik is a member in good standing of the New York and New Jersey bars and four federal district courts (Dkt. 24 at 2). Mr. Einbinder asserts that he is a member in good standing of the bars of New York and the United States District Court for the Southern and Eastern Districts of New York (Dkt. 25 at 2).

 Upon consideration, it is **ORDERED AND ADJUDGED** that Defendants' **Motions for Admission Pro Hac Vice** (Dkts. 24, 25) are **GRANTED**, subject to the requirement that Mr. Brozik and Mr. Einbinder shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing

**DONE AND ORDERED** in Tampa, Florida this 6th day of February, 2009.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

---

the court's website, located at www.flmd.uscourts.gov and clicking on CM/ECF. Once counsel has registered for CM/ECF, he must also register an email address.